UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>Steven Ceruti,<br><br>                Defendant. | **Unsealing Order**<br><br>**22 Cr. 169** |

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Rebecca Delfiner;

      It is found that the above-captioned case is currently sealed and the United States Attorney's Office has applied to have it unsealed, and it is therefore:

      ORDERED that the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
             March 7, 2024

                                                          _____
                                                          HONORABLE ONA T. WANG
                                                         UNITED STATES MAGISTRATE JUDGE
                                                         SOUTHERN DISTRICT OF NEW YORK