| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>UNITED STATES OF AMERICA,<br><br>-v-<br><br>STEVEN CERUTI,<br><br>　　　　　　　　　　　Defendant.<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/12/2024<br><br>1:22-cr-169-GHW-1<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

　　The proceeding scheduled in this matter for March 21, 2024 is rescheduled to March 20, 2024 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

　　SO ORDERED.

Dated: March 12, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge