```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

        -v-                        1:22-cr-169-GHW-1

    STEVEN CERUTI,                ORDER

                    Defendant.
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      The evidentiary hearing scheduled in this matter for June 7, 2024 at 9:00 a.m. is rescheduled to June 13, 2024 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: May 8, 2024
       New York, New York

                                                GREGORY H. WOODS
                                           United States District Judge