```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,                  :
                                               :
                    -against-                  :
                                               :
    STEVEN CERUTI,                             :         1:22-cr-169-GHW
                                               :
                        Defendant.             :         ORDER
-----------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2024
```

GREGORY H. WOODS, United States District Judge:

On May 17, 2024, this case was reassigned to the Honorable Kimba M. Wood. Consequently, the evidentiary hearing scheduled in this matter before the Honorable Judge Gregory H. Woods on June 13, 2024 is adjourned *sine die*.

    SO ORDERED.

Dated: May 22, 2024
New York, New York

                                              _____
                                                      GREGORY H. WOODS
                                                   United States District Judge